## GEER, EXECUTOR, ET AL. v. BOWERS, TAX COMMISSIONER OF OHIO.

No. 304.   Decided October 22, 1962.

*H. Herschel Hunt* for appellants.

*Mark McElroy,* Attorney General of Ohio, and *Theodore R. Saker* and *Joseph L. White,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## CONSOLIDATED ROCK PRODUCTS CO. ET AL. v. CITY OF LOS ANGELES.

No. 307.   Decided October 22, 1962.

*Howard C. Westwood* for appellants.

*Roger Arnebergh* and *Bourke Jones* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN are of the opinion that probable jurisdiction should be noted.